UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

SUMMONS IN A CIVIL CASE

TERRENCE J. HANCOCK, JOHN LISNER, WILLIAM LOGAN, LAWRENCE GROOT, DEAN H. VANDER BAAN, THOMAS YONKER as Trustees of LOCAL No 731, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, PRIVATE SCAVENGERS HEALTH & WELFARE FUND,

Plaintiff,

v.

MIDWEST REM ENTERPRISES, INC., an Illinois Corporation, and ALBERT RAMIREZ,

Defendants.

**07CV6206**
**JUDGE BUCKLO**
**MAG. JUDGE SCHENKIER**

Designated
Magistrate Judge:

TO: MIDWEST REM ENTERPRISES, INC.
Albert Ramirez, Registered Agent
2601 W. Lemoyne
Melrose Park, IL 60160

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

LaKisha M. Kinsey-Saliis
Dowd, Bloch & Bennett
8 South Michigan Avenue, 19th Floor
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within **twenty (20)** days after service of th
you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for t
in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of tu.

MICHAEL W. DOBBINS
Michael W. Dobbins, Clerk

LIRI ISUFI
(by) Deputy Clerk

Date NOV - 2 2007

In the United States District Court

For the Northern District of Illinois, Eastern Division

CASE NAME.: Terrence J. Hancock, et al. vs. Midwest REM Enterprises, Inc., an Illinois corporation, et al.

CASE NUMBER: 07CV6206

### AFFIDAVIT OF PROCESS SERVER

I, **Steve Serafin**, being duly sworn on oath, deposes and states as follows:

1. I am an investigator, process server and an employee of Elite Process Service & Investigations, Inc. with its principal place of business located in Lisle, Illinois 60532. I am authorized to effectuate service of process in the State of Illinois.

2. Elite Process Service & Investigations, Inc. is licensed to do business within the State of Illinois by the Illinois Department of Professional Regulations with an Illinois License No. of 117-001199.

3. I am a citizen of the United States of America and an adult over the age of eighteen (18) and not a party to the within case.

4. I was contracted to serve process in the above captioned case.

5. I personally served the within **Summons in a Civil Case and Complaint** in the above captioned matter on **Midwest REM Enterprises, Inc., an Illinois corporation** at its usual place of business located at **2601 West Lemoyne, Melrose Park, IL 60160** by serving its authorized agent and/or employee **Oscar Baeza, Controller,** on **11/09/2007** at **3:05 PM**.
Description: **Sex: Female – Age: 33 – Skin: White – Hair: Black – Height: 6.0 – Weight: 180**

6. The facts and matters set forth above are based upon my personal knowledge and if called to testify herein, I could do so competently.

FURTHER AFFIANT SAYETH NOT.

X_____
Steve Serafin

Subscribed and Sworn to before me on this
_____ day of _____, 20___.

_____ Notary Public

"OFFICIAL SEAL"
Melanie Broderick
Notary Public, State of Illinois
My Commission Exp. 03/02/2009