UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

SUMMONS IN A CIVIL CASE

TERRENCE J. HANCOCK, JOHN LISNER, WILLIAM LOGAN, LAWRENCE GROOT, DEAN H. VANDER BAAN, THOMAS YONKER as Trustees of LOCAL No. 731, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, PRIVATE SCAVENGERS HEALTH & WELFARE FUND,

Plaintiff,

07CV6206
JUDGE BUCKLO
MAG. JUDGE SCHENKIER

v.

Designated
Magistrate Judge:

MIDWEST REM ENTERPRISES, INC., an Illinois Corporation, and ALBERT RAMIREZ,

Defendants.

TO:   ALBERT RAMIREZ
      26W214 Pinehurst
      Winfield, IL 60190

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

LaKisha M. Kinsey-Sallis
Dowd, Bloch & Bennett
8 South Michigan Avenue, 19th Floor
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within **twenty (20)** days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS
Michael W. Dobbins, Clerk

Date NOV - 2 2007

(by) Deputy Clerk

EXHIBIT
A

In the United States District Court

For the Northern District of Illinois, Eastern Division

CASE NAME.: Terrence J. Hancock, et al. vs. Midwest REM Enterprises, Inc., an Illinois corporation, et al.

CASE NUMBER: 07CV6206

## AFFIDAVIT OF PROCESS SERVER

I, **Steve Serafin**, being duly sworn on oath, deposes and states as follows:

1. I am an investigator, process server and an employee of Elite Process Service & Investigations, Inc. with its principal place of business located in Lisle, Illinois 60532. I am authorized to effectuate service of process in the State of Illinois.

2. Elite Process Service & Investigations, Inc. is licensed to do business within the State of Illinois by the Illinois Department of Professional Regulations with an Illinois License No. of 117-001199.

3. I am a citizen of the United States of America and an adult over the age of eighteen (18) and not a party to the within case.

4. I was contracted to serve process in the above captioned case.

5. I personally served the within **Summons in a Civil Case and Complaint** in the above captioned matter on **Albert Ramirez** at his/her usual place of abode located at **26W214 Pinehurst Drive, Winfield, IL 60190** by serving **Barbara Ramirez, his wife**, an occupant of the premises and/or a person of the family of the age of 13 years or older and informing this person of the contents thereof on **11/09/2007** at **6:30 PM**. I further mailed a copy of each in a sealed envelope with postage prepaid addressed to **Albert Ramirez** at the address listed above on **11/12/2007**.
Description: **Sex: Female − Age: 42 − Skin: White − Hair: Black − Height: 5.6 − Weight: 125**

6. The facts and matters set forth above are based upon my personal knowledge and if called to testify herein, I could do so competently.

FURTHER AFFIANT SAYETH NOT.

X _____
Steve Serafin

Subscribed and sworn to before me on this ___ day of _____, 20__.

_____ Notary Public

"OFFICIAL SEAL"
Melanie Broderick
Notary Public, State of Illinois
My Commission Exp. 03/02/2009

9451

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

SUMMONS IN A CIVIL CASE

TERRENCE J. HANCOCK, JOHN LISNER, WILLIAM
LOGAN, LAWRENCE GROOT, DEAN H. VANDER
BAAN, THOMAS YONKER as Trustees of LOCAL No. 731,
INTERNATIONAL BROTHERHOOD OF TEAMSTERS,
PRIVATE SCAVENGERS HEALTH & WELFARE FUND,

    Plaintiff,

**07CV6206**
**JUDGE BUCKLO**
**MAG. JUDGE SCHENKIER**

Designated
Magistrate Judge:

v.

MIDWEST REM ENTERPRISES, INC., an Illinois
Corporation, and ALBERT RAMIREZ,

    Defendants.

TO:   MIDWEST REM ENTERPRISES, INC.
      Albert Ramirez, Registered Agent
      2601 W. Lemoyne
      Melrose Park, IL 60160

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

LaKisha M. Kinsey-Sallis
Dowd, Bloch & Bennett
8 South Michigan Avenue, 19th Floor
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within **twenty (20)** days after service of th
you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for t
in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of tu

**MICHAEL W. DOBBINS**
Michael W. Dobbins, Clerk

Date **NOV - 2 2007**

**LIRI ISUFI**
(by) Deputy Clerk

In the United States District Court

For the Northern District of Illinois, Eastern Division

CASE NAME.: Terrence J. Hancock, et al. vs. Midwest REM Enterprises, Inc., an Illinois corporation, et al.

CASE NUMBER: 07CV6206

## AFFIDAVIT OF PROCESS SERVER

I, **Steve Serafin**, being duly sworn on oath, deposes and states as follows:

1. I am an investigator, process server and an employee of Elite Process Service & Investigations, Inc. with its principal place of business located in Lisle, Illinois 60532. I am authorized to effectuate service of process in the State of Illinois.

2. Elite Process Service & Investigations, Inc. is licensed to do business within the State of Illinois by the Illinois Department of Professional Regulations with an Illinois License No. of 117-001199.

3. I am a citizen of the United States of America and an adult over the age of eighteen (18) and not a party to the within case.

4. I was contracted to serve process in the above captioned case.

5. I personally served the within **Summons in a Civil Case and Complaint** in the above captioned matter on **Midwest REM Enterprises, Inc., an Illinois corporation** at its usual place of business located at **2601 West Lemoyne, Melrose Park, IL 60160** by serving its authorized agent and/or employee **Oscar Baeza, Controller**, on **11/09/2007** at **3:05 PM**. Description: Sex: Female – Age: 33 – Skin: White – Hair: Black – Height: 6.0 – Weight: 180

6. The facts and matters set forth above are based upon my personal knowledge and if called to testify herein, I could do so competently.

FURTHER AFFIANT SAYETH NOT.

X_____
Steve Serafin

Subscribed and Sworn to before me on this ___ day of _____, 20__.

_____ Notary Public

"OFFICIAL SEAL"
Melanie Broderick
Notary Public, State of Illinois
My Commission Exp. 03/02/2009