**CERTIFICATE OF SERVICE**

I, LaKisha M. Kinsey-Sallis, an attorney hereby certify that I will cause to be served a copy of the attached Plaintiff's Motion for Entry of Default and Proposed Order of Default via electronic filing on the parties eligible to receive e-filing and by having copies mailed to the parties not eligible for e-filing on December 3, 2007 before 5:00 p.m., with proper postage prepaid at the addresses indicated.

TO:    MIDWEST REM ENTERPRISES, INC.
        c/o Albert Ramirez, Registered Agent
        2601 W. Lemoyne
        Melrose Park, IL 60160

        ALBERT RAMIREZ
        26W214 Pinehurst
        Winfield, IL 60190

        /s/ LaKisha M. Kinsey-Sallis
        LaKisha M. Kinsey-Sallis
        One of Plaintiff's Attorneys