IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **TERRENCE J. HANCOCK, JOHN LISNER, WILLIAM LOGAN, LAWRENCE GROOT, DEAN H. VANDER BAAN and THOMAS J. YONKER, as Trustees of LOCAL No. 731, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, PRIVATE SCAVENGERS HEALTH & WELFARE FUND,** | ) ) ) ) ) ) ) ) | Case No. 07 C 6206 |
| **Plaintiff,** | ) ) | |
| v. | ) ) | **Judge Bucklo** |
| **MIDWEST REM ENTERPRISES, INC.,** an Illinois corporation, and **ALBERT RAMIREZ, individually,** | ) ) ) ) | **Magistrate Judge Soat Brown** |
| **Defendants.** | ) ) | |

### ORDER OF DEFAULT

This matter coming before the Court on Plaintiff's Motion for Entry of Default, the Court being fully apprised on the premises, IT IS HEREBY ORDERED:

(1) An Order of Default is entered against Defendants MIDWEST REM ENTERPRISES, INC., and ALBERT RAMIREZ, individually for their respective failures to answer or otherwise plead to the Complaint served upon it.

(2) MIDWEST REM ENTERPRISES, INC., shall submit all completed and accurate work reports to the Plaintiff Fund for all unreported months, including the period covering October 2006 through March 2007, through the present within 10 days of the date of this Order;

(3) MIDWEST REM ENTERPRISES, INC., shall pay to Plaintiff all amounts determined to be owed based on the completed work reports, including

contributions, interest, liquidated damages and reasonable attorneys' fees and costs incurred in the prosecution of this action as provided in the Agreement, the Trust Agreements, and under applicable provisions of ERISA, as amended, including 29 U.S.C. Sec. 1132(g)(2)(D);

(4)   MIDWEST REM ENTERPRISES, INC., and ALBERT RAMIREZ, individually, shall also pay to the Plaintiff the amounts remaining due under the Installment Note, which ALBERT RAMIREZ personally guaranteed, including any remaining principal, interest, and reinstated liquidated damages of $4,391.76 and attorneys' fees and costs incurred by Plaintiff in pursuing collections of the amounts due pursuant to the Installment Note.

IT IS FURTHER ORDERED THAT:

(5)   This matter is set for a prove-up hearing for Plaintiff's Motion for Entry of Default, with respect to certain amounts herein referenced, on _____ at _____ A.M.

(6)   Plaintiff is directed to service written notice of this order on the Defendants.

                          Entered By:

                          _____
                          Honorable Judge Elaine E. Bucklo

                          Date: _____