IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **TERRENCE J. HANCOCK, JOHN LISNER, WILLIAM LOGAN, LAWRENCE GROOT, DEAN H. VANDER BAAN and THOMAS J. YONKER,** as Trustees of LOCAL No. 731, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, PRIVATE SCAVENGERS HEALTH & WELFARE FUND, ) ) ) ) ) ) ) ) | Case No. 07 C 6206 |
| **Plaintiff,** ) ) ) | |
| v. ) ) | **Judge Bucklo** |
| **MIDWEST REM ENTERPRISES, INC.,** an Illinois corporation, and **ALBERT RAMIREZ**, individually, ) ) ) ) ) | **Magistrate Judge Soat Brown** |
| **Defendants.** ) | |

**NOTICE OF MOTION**

TO:  MIDWEST REM ENTERPRISES, INC.
     c/o Albert Ramirez, Registered Agent
     2601 W. Lemoyne
     Melrose Park, IL 60160

     ALBERT RAMIREZ
     26W214 Pinehurst
     Winfield, IL 60190

PLEASE TAKE NOTICE that on **Tuesday, December 11, 2007** at **9:30 a.m.**, or as soon as thereafter as I may be heard, I will appear before the Honorable Judge Elaine E. Bucklo, or any Judge sitting in her place, at the courtroom usually occupied by him in Courtroom 1441 of the United States District Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, and present Plaintiff's Motion for Entry of Default, a copy of which is attached and served upon you.

    Respectfully submitted,

By:  /s/ LaKisha M. Kinsey-Sallis
    LaKisha M. Kinsey-Sallis
    One of Plaintiff's Attorneys

Michele M. Reynolds
Justin L. Lannoye
LaKisha M. Kinsey-Sallis
DOWD, BLOCH & BENNETT
8 South Michigan Avenue, 19th Floor
Chicago, Illinois 60603
(312) 372-1361