## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Elaine E. Bucklo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6206 | **DATE** | 12/11/2007 |
| **CASE TITLE** | Terrance J. Hancock, et al vs. Midwest Rem Enterprises, Inc., et al | | |

**DOCKET ENTRY TEXT**

Plaintiffs' Motion for entry of default [10] against defendants Midwest Rem Enterprises, Inc. and Albert Ramirez is granted. Prove-up hearing set for 1/18/2008 a 9:30 a.m. Enter Order of Default.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | SB |
|---|---|---|