LAW OFFICES
# DOWD, BLOCH & BENNETT
8 SOUTH MICHIGAN AVENUE • 19TH FLOOR

CHICAGO, ILLINOIS 60603-3315

PHONE (312) 372-1361

FAX (312) 372-6599

J. PETER DOWD
ROBERT E. BLOCH
BARRY M. BENNETT
ROBERT S. CERVONE
RONALD M. WILLIS

MICHELE M. REYNOLDS
JUSTIN J. LANNOYE
LAKISHA M. KINSEY-SALLIS
STEVEN W. JADOS

December 12, 2007

**VIA US REGULAR MAIL & FACSIMILE**
**(708) 345-8196**

MIDWEST REM ENTERPRISES, INC.
c/o Albert Ramirez, Registered Agent
2601 W. Lemoyne
Melrose Park, IL 60160

Midwest REM Enterprises, Inc.
P. O. Box 87156
Carol Stream, IL 60188

Albert Ramirez
26W214 Pinehurst Drive
Winfield, IL 60190

RE:   Hancock, et al. v. Midwest REM Enterprises, Inc.
      Case No. 07 C 6206

Dear Mr. Ramirez:

Please find enclosed a copy of an order Judge Bucklo entered on December 11, 2007, granting the Funds' motion for default against you, individually, and the Company. Pursuant to the Order, Midwest REM Enterprises, Inc., is required to submit completed and accurate work reports for all unreported months through the present, including the work months of October 20007 through March 2007, within 10 days of the date of Order or by December 21, 2007. Also, prove-up is set in this matter for **January 18, 2008** at **9:30 a.m.** Please be advised that if you fail to remit the completed work reports by December 21st, I will seek the Court's intervention in seeking your compliance with the enclosed order.

Sincerely,

LaKisha M. Kinsey-Sallis

Enc.


EXHIBIT B

228