IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TERRENCE J. HANCOCK, JOHN LISNER, WILLIAM LOGAN, LAWRENCE GROOT, DEAN H. VANDER BAAN and THOMAS J. YONKER, as Trustees of LOCAL No. 731, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, PRIVATE SCAVENGERS HEALTH & WELFARE FUND, | ) ) ) ) ) ) ) ) | Case No. 07 C 6206 |
| Plaintiff, | ) ) | |
| v. | ) ) | Judge Bucklo |
| MIDWEST REM ENTERPRISES, INC., an Illinois corporation, and ALBERT RAMIREZ, individually, | ) ) ) ) | Magistrate Judge Soat Brown |
| Defendants. | ) | |

## RULE TO SHOW CAUSE

This matter comes before the Court on Plaintiff's Motion for Rule to Show Cause as to why Defendant ALBERT RAMIREZ, individually and as President and agent of MIDWEST REM ENTERPRISES, INC., should not be held in contempt of court. The Court has examined Plaintiff's submissions, is fully informed of the basis of the motion, and has determined that good cause exists for granting the Plaintiff's motion and for issuing the rule.

It is therefore ordered that ALBERT RAMIREZ, individually and as President and agent of MIDWEST REM ENTERPRISES, INC., shall appear before this Court on _____, 2008 at _____ am/pm and then and there show cause why they should not be held in contempt of Court for failing to fully comply with the Court's December 11, 2007 Order, which required the Defendants to remit contribution reports for all

unreported months, including the work months of October 2006 through March 2007, through the present to the Plaintiff within 10 days from the entry of the Order.

   IT IS FURTHER ORDERED that the Plaintiff serve this Rule on ALBERT RAMIREZ by personal service within 3 days before the return date. SO ORDERED.

_____   _____
HONORABLE JUDGE ELAINE BUCKLO   DATE