**CERTIFICATE OF SERVICE**

I, LaKisha M. Kinsey-Sallis, an attorney hereby certify that I will cause to be served a copy of the attached Plaintiff's Motion for Rule to Show Cause and Proposed Rule to Show Cause via electronic filing on the parties eligible to receive e-filing and by having copies mailed to the parties not eligible for e-filing on January 11, 2008 before 5:00 p.m., with proper postage prepaid at the addresses indicated.

TO:  MIDWEST REM ENTERPRISES, INC.
　　　c/o Albert Ramirez, Registered Agent
　　　2601 W. Lemoyne
　　　Melrose Park, IL 60160

　　　ALBERT RAMIREZ
　　　26W214 Pinehurst
　　　Winfield, IL 60190

　　　　　　　　　　　　　　　　　　　　　　　/s/ LaKisha M. Kinsey-Sallis
　　　　　　　　　　　　　　　　　　　　　　　LaKisha M. Kinsey-Sallis
　　　　　　　　　　　　　　　　　　　　　　　One of Plaintiff's Attorneys