IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **TERRENCE J. HANCOCK, JOHN LISNER, WILLIAM LOGAN, LAWRENCE GROOT, DEAN H. VANDER BAAN and THOMAS J. YONKER, as Trustees of LOCAL No. 731, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, PRIVATE SCAVENGERS HEALTH & WELFARE FUND,** | ) ) ) ) ) ) ) ) | Case No. 07 C 6206 |
| **Plaintiff,** | ) ) ) | |
| v. | ) ) | **Judge Bucklo** |
| **MIDWEST REM ENTERPRISES, INC.,** an Illinois corporation, and **ALBERT RAMIREZ, individually,** | ) ) ) ) ) | **Magistrate Judge Soat Brown** |
| **Defendants.** | ) | |

## NOTICE OF MOTION

TO:  MIDWEST REM ENTERPRISES, INC.
c/o Albert Ramirez, Registered Agent
2601 W. Lemoyne
Melrose Park, IL 60160

ALBERT RAMIREZ
26W214 Pinehurst
Winfield, IL 60190

PLEASE TAKE NOTICE that on **Friday, January 18, 2008** at **9:30 a.m.**, or as soon as thereafter as I may be heard, I will appear before the Honorable Judge Elaine E. Bucklo, or any Judge sitting in her place, at the courtroom usually occupied by her in Courtroom 1441 of the United States District Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, and present Plaintiff's Motion for Rule to Show Cause, a copy of which is attached and served upon you.

                                              Respectfully submitted,

                                        By:  /s/ LaKisha M. Kinsey-Sallis
                                              LaKisha M. Kinsey-Sallis
                                              One of Plaintiff's Attorneys

Michele M. Reynolds  
Justin L. Lannoye  
LaKisha M. Kinsey-Sallis  
DOWD, BLOCH & BENNETT  
8 South Michigan Avenue, 19th Floor  
Chicago, Illinois 60603  
(312) 372-1361