## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

Terrance J Hancock, et al.

                                        Plaintiff,

v.                                                                     Case No.: 1:07−cv−06206
                                                                               Honorable Elaine E. Bucklo

Midwest Rem Enteprises, Inc., et al.

                                        Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Friday, January 18, 2008:

      MINUTE entry before Judge Elaine E. Bucklo :Plaintiffs' motion for RULE to show cause[14]heard and the motion is granted. Show Cause Hearing set for 2/1/2008 at 10:00 AM. Prove−up hearing is continued.Mailed notice(mpj, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.