IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TERRENCE J. HANCOCK, JOHN LISNER, WILLIAM LOGAN, LAWRENCE GROOT, DEAN H. VANDER BAAN and THOMAS J. YONKER, as Trustees of LOCAL No. 731, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, PRIVATE SCAVENGERS HEALTH & WELFARE FUND, ) ) ) ) ) ) ) ) | Case No. 07 C 6206 |
| Plaintiff, ) ) ) | |
| v. ) ) | Judge Bucklo |
| MIDWEST REM ENTERPRISES, INC., an Illinois corporation, and ALBERT RAMIREZ, individually, ) ) ) ) ) | Magistrate Judge Soat Brown |
| Defendants. ) | |

In the United States District Court

For the Northern District of Illinois, Eastern Division

CASE NAME.: Terrence J. Hancock, et al. vs. Midwest REM Enterprises, Inc., an Illinois corporation, et al.

CASE NUMBER: 07 C 6206

## AFFIDAVIT OF PROCESS SERVER

I, **John St. John**, being duly sworn on oath, deposes and states as follows:

1. I am an agent of Elite Process Service & Investigations, Inc. with its principal place of business located in Plainfield, Illinois 60585. I am authorized to effectuate service of process in the State of Illinois.

2. Elite Process Service & Investigations, Inc. is licensed to do business within the State of Illinois by the Illinois Department of Professional Regulations with an Illinois License No. of 117-001199.

3. I am a citizen of the United States of America and an adult over the age of eighteen (18) and not a party to the within case.

4. I was contracted to serve process in the above captioned case.

5. I personally served the within **Rule To Show Cause** in the above captioned matter on **Albert Ramirez** at his/her usual place of abode located at **26W214 Pinehurst Drive, Winfield, IL 60190** on **01/30/2008** at **4:15 PM**.
Description: **Sex: Male – Age: 40 – Skin: White – Hair: Black – Height: 5.9 – Weight: 225**

6. The facts and matters set forth above are based upon my personal knowledge and if called to testify herein, I could do so competently.

FURTHER AFFIANT SAYETH NOT.

X_____
John St. John

Subscribed and sworn to before me on this ____ day of _____, 20__.

_____
Notary

"OFFICIAL SEAL"
Melanie Broderick
Notary Public, State of Illinois
My Commission Exp: 03/02/2009

10500



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TERRENCE J. HANCOCK, JOHN LISNER, WILLIAM LOGAN, LAWRENCE GROOT, DEAN H. VANDER BAAN and THOMAS J. YONKER, as Trustees of LOCAL No. 731, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, PRIVATE SCAVENGERS HEALTH & WELFARE FUND, | ) ) ) ) ) ) ) ) Case No. 07 C 6206 |
| Plaintiff, | ) ) |
| v. | ) Judge Bucklo ) |
| MIDWEST REM ENTERPRISES, INC., an Illinois corporation, and ALBERT RAMIREZ, individually, | ) ) ) Magistrate Judge Soat Brown |
| Defendants. | ) ) |

## RULE TO SHOW CAUSE

This matter comes before the Court on Plaintiff's Motion for Rule to Show Cause as to why Defendant ALBERT RAMIREZ, individually and as President and agent of MIDWEST REM ENTERPRISES, INC., should not be held in contempt of court. The Court has examined Plaintiff's submissions, is fully informed of the basis of the motion, and has determined that good cause exists for granting the Plaintiff's motion and for issuing the rule.

It is therefore ordered that ALBERT RAMIREZ, individually and as President and agent of MIDWEST REM ENTERPRISES, INC., shall appear before this Court on ___2/1/___, 2008 at __10:00__ am/pm and then and there show cause why they should not be held in contempt of Court for failing to fully comply with the Court's December 11, 2007 Order, which required the Defendants to remit contribution reports for all

unreported months, including the work months of October 2006 through March 2007, through the present to the Plaintiff within 10 days from the entry of the Order.

IT IS FURTHER ORDERED that the Plaintiff serve this Rule on ALBERT RAMIREZ by personal service within 3 days before the return date. SO ORDERED.

*Elaine L. Bucklo*                                    1/18/08
HONORABLE JUDGE ELAINE BUCKLO         DATE

2