## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

Terrance J Hancock, et al.
                                Plaintiff,

v.                                                 Case No.: 1:07−cv−06206
                                                         Honorable Elaine E. Bucklo

Midwest Rem Enteprises, Inc., et al.
                                Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Monday, March 10, 2008:

      MINUTE entry before Judge Elaine E. Bucklo :Show cause hearing held on 3/10/2008. Plaintiff's counsel having advised the court that all issues have been resolved, this ation is dismissed without prejudice. Civil case terminated. Mailed notice(mpj, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.